Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Columbia

_Civil_ Division

| | |
|---|---|
| WAYNE MONROE PARKER ) <br> ) <br> ) <br> ) <br> _Plaintiff(s)_ ) <br> _(Write the full name of each plaintiff who is filing this complaint._ ) <br> _If the names of all the plaintiffs cannot fit in the space above,_ ) <br> _please write "see attached" in the space and attach an additional_ ) <br> _page with the full list of names.)_ ) <br> -v- ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION (FBI), ) <br> DEPARTMENT OF THE ARMY ) <br> ) <br> ) <br> _Defendant(s)_ ) <br> _(Write the full name of each defendant who is being sued. If the_ ) <br> _names of all the defendants cannot fit in the space above, please_ ) <br> _write "see attached" in the space and attach an additional page_ <br> _with the full list of names.)_ | Case: 1:18-cv-00748   (D Deck) <br> Assigned To : Chutkan, Tanya S. <br> Assign. Date : 4/23/2018 <br> Description: TRO/PI |

## COMPLAINT AND REQUEST FOR INJUNCTION

**RECEIVED**
APR 23 2018
Clerk, U S. District a
Bankruptcy Courts

### I. The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Wayne M. Parker |
| Street Address | 109 Stable Cove |
| City and County | Stafford |
| State and Zip Code | Virginia 22554 |
| Telephone Number | (240) 602-2877 |
| E-mail Address | wpark66@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | FEDERAL BUREAU OF INVESTIGATION of the |
| Job or Title *(if known)* | DEPARTMENT OF JUSTICE of the UNITED STATES Civil Division |
| Street Address | 950 Pennsylvania Avenue, N.W. |
| City and County | District of Columbia |
| State and Zip Code | Washington, DC 20530-0001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Department of the Army |
| Job or Title *(if known)* | Office of the Army General Counsel |
| Street Address | 104 Army Pentagon |
| City and County | |
| State and Zip Code | Washington, DC 20310-0104 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action raises federal questions under the United States Constitution, particularly the Second, Fourth, Fifth, and Fourteenth Amendment. Moreover, venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2).

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

  b. If the defendant is a corporation

  The defendant, *(name)* _____, is incorporated under

  the laws of the State of *(name)* _____, and has its

  principal place of business in the State of *(name)* _____.

  Or is incorporated under the laws of *(foreign nation)* _____,

  and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The Defendants are subject to personal jurisdiction in this court because they have engaged in wrongful acts related to Plaintiff in this District.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On January 27, 2018, Plaintiff underwent a National Instant Criminal Background Check System (NICS). Plaintiff was required to complete a firearms transaction record known as the ATF Form 4473. The Form 4473 was compared against databases from multiple agencies, including the Federal Bureau of Investigation's National Crime Information Center (NCIC). Based on the erroneous information maintained by the Defendants, Plaintiff was denied his constitutional right to purchase a firearm. Moreover, Plaintiff was wrongfully detained. Virginia State Police had initially thought Plaintiff perjured himself until he provided relevant evidence to the contrary. On March 29, 2018, Plaintiff was denied due process and equal protection of the law to obtain a concealed handgun permit (See Exhibit 1).

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Beginning on or about January 27, 2018, and continuing to April 17, 2018, Mr. Bernie Vogelgesang Agency Management Analyst, Firearms Transaction Center, Virginia State Police was in constant contact with both Defendant's representatives to update their databases after it was learned Plaintiff's firearm purchase denial was improper. According to Mr. Vogelgesang, the first update was on/about February 25th. The 2nd update occurred sometime in March. Plaintiff's military discharge was changed, however, erroneous charges were added for no apparent reason(s). After Mr. Vogelgesang learned that Plaintiff was denied the right to obtain a concealed handgun permit, Mr. Vogelgesang once again notified Defendants information is still inaccurate and highly prejudicial. On April 17, 2018, Mr. Vogelgesang informed Plaintiff the Defendants refuse to refrain from their wrongful conduct.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Absent court intervention and based on the erroneous information in the NCIC and other relevant law enforcement databases, there is a substantial likelihood Plaintiff will lose his federal job. On April 30, 2018, Plaintiff's 5-year security clearance update will take place (See Exhibit 2). Plaintiff fingerprints will be entered into the NCIC. Plaintiff's livelihood and reputation will continue to be irreparably damaged due to Defendant's inability to maintain accurate records. Moreover, Plaintiff runs the risk of being wrongfully detained again,if not arrested.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Enter judgment in favor of the Plaintiff and against the Defendants; Enter a preliminary injunction and and permanent injunction against the Defendants and their agents, servants, employees, and all persons and entities in active concert or participation with them from engaging in any of the activity complained of herein or from causing any of the injury complained of herein and from assisting, aiding or abetting any other person or business entity from engaging in or performing any of the activity complained of herein or from causing any of the injury complained of herein;enjoin Defendant FBI to purge the January 2018 denial/transaction from the NICS Index; enjoin Defendant FBI to update records in the NCIC and NICS to display Plaintiff received a General, Under Honorable Conditions discharge on May 28, 2004; enjoin Defendant FBI to update records in the NCIC and NICS to display Plaintiff was discharged in lieu of Court-Martial for a charge of consensual sodomy and adultery (See Exhibit 3); award Plaintiff all fees associated with the said complaint;Grant such other relief as the Court may deem just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/23/18

Signature of Plaintiff

Printed Name of Plaintiff  Wayne M. Parker

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# EXHIBIT 1

CLERK'S OFFICE
# Stafford County Circuit Court

| MICHAEL E. LEVY<br>*Resident Judge*<br>CHARLES S. SHARP<br>*Resident Judge*<br>VICTORIA A. B. WILLIS<br>*Resident Judge* | P.O. BOX 69<br>STAFFORD, VIRGINIA 22555<br>(540) 658-8750 | KATHLEEN M. STERNE<br>*Clerk of Court*<br>DAWN E. CRISP<br>*Chief Deputy* |



March 29, 2018

Wayne Monroe Parker
109 Stable Cove
Stafford, VA  22554

RE: Denial of Concealed Handgun Permit

Dear Mr. Parker:

    The Court has denied your application for a Concealed Handgun Permit for the reasons as stated on the application.

    Pursuant to Virginia Code Section 18.2-308.08, you may appeal the decision of the Court within 21 days of the denial.  You must file this denial, which is attached, in writing and a hearing will be held after such appeal on the first available date.

Sincerely,

*Kathy Sterne*
Kathy Sterne
Clerk of Court

 

# Sheriff David P. Decatur, Jr.

## Stafford County Sheriff's Office
A State Accredited Law Enforcement Agency

March 27, 2018

TO:          Clerk, Stafford Circuit Court

SUBJECT:    Wayne Monroe Parker, Application for Concealed Handgun Permit
                   File # CL10-1137

To whom it may concern;

Applicant's Criminal History shows on 6/19/1996 he was discharged from the US Army under Chapter 10 (other than Honorable Conditions). Applicant was discharged in lieu of Court Martial for a charge of RAPE, SODOMY and ASSAULT.

If there are any questions, I can be reached at 540-658-4435.

William Emond
Criminal Investigations Division.

## CRIMINAL BACKGROUND INVESTIGATION
(THIS SPACE FOR LAW ENFORCEMENT USE ONLY)

YES   NO
☐   ☒   **PENDING CHARGES**      See Attached
☒   ☐   **CONVICTIONS**

IF YES, SEE ATTACHMENT(S)

03 / 27 / 2018    _[signature]_ , OFFICER OR AGENCY DESIGNEE
MONTH  DAY  YEAR

(THIS SPACE FOR COURT USE ONLY)

**RESIDENT PERMIT FILE NO.** CL18-1137

**CIRCUIT COURT** Stafford

**APPLICATION OF** Wayne M. Parker

**ON** 03/22/2018 **FOR A VIRGINIA RESIDENT CONCEALED HANDGUN PERMIT IS HEREBY:**
(DATE)

☐ GRANTED    ☒ DENIED (SEE EXPLANATION BELOW)

**THE PERMIT APPLICATION IS DENIED ON THE BASIS OF THE FOLLOWING:**

Circumstances of military discharge disqualify applicant

YOU ARE ENTITLED TO AN ORAL HEARING BEFORE THIS COURT. THE REQUEST FOR A HEARING MUST BE FILED WITH THIS COURT WITHIN TWENTY-ONE DAYS OF DENIAL OF YOUR APPLICATION. SEE NOTICE 3 PAGE 3

03 / 29 / 20 18    _[signature]_ ,
MONTH  DAY  YEAR           ☒ JUDGE  ☐ CLERK

(THIS SPACE FOR STATE POLICE USE ONLY)

**NONRESIDENT PERMIT FILE NO.** _____

**APPLICATION OF** _____

**FOR A VIRGINIA NONRESIDENT CONCEALED HANDGUN PERMIT IS HEREBY:**

☐ GRANTED    ☐ DENIED (SEE EXPLANATION BELOW)

SEE NOTICE 3 PAGE 3

__ __ / __ __ / __ __ __ __    _____ , SUPERINTENDENT
MONTH  DAY  YEAR                                       OR DESIGNEE

4

SP-248 (7-1-2017)

FILE NUMBER: **C18-1137**

# APPLICATION FOR CONCEALED HANDGUN PERMIT
## COMMONWEALTH OF VIRGINIA
### VIRGINIA CODE SECTIONS 18.2-308.02 AND 06

☒ RESIDENT PERMIT
☐ NONRESIDENT PERMIT
☐ RENEWAL
SEE NOTICE 2 PAGE 3

1. **FULL LEGAL NAME** (ATTACH A SEPARATE LISTING OF ANY ADDITIONAL NAMES YOU MAY HAVE USED OR BEEN KNOWN BY)
   FIRST: **WAYNE**   MIDDLE: **MONROE**   LAST: **PARKER**

2. **DATE OF BIRTH** (YOU MUST BE AT LEAST 21 YEARS OF AGE)
   MONTH: **12**   DAY: **22**   YEAR: **1966**

3. **RESIDENTIAL ADDRESS** (ATTACH A SEPARATE LISTING OF ALL ADDRESSES WITHIN THE LAST 5 YEAR PERIOD)
   STREET OR RURAL ROUTE: **109 STABLE COVE**   CITY: **STAFFORD**   COUNTY: **STAFFORD**   STATE: **VA**   ZIP: **22554**
   MAILING ADDRESS (IF DIFFERENT): _____
   EMAIL (OPTIONAL): **WPARK66@GMAIL.COM**

4. **PHYSICAL FEATURES**
   HEIGHT: **5'6"**   WEIGHT: **216**   SEX: **M**   RACE: **BLK**   HAIR COLOR: **BALD**   EYE COLOR: **BRN**
   SCARS, MARKS, TATTOOS, PECULIAR CHARACTERISTICS: _____

5. **SOCIAL SECURITY NUMBER** (OPTIONAL)
   SEE NOTICE 1 ON PAGE 3
   [redacted]

6. **PLACE OF BIRTH** (LOCALITY/STATE/NATION): **WASH. D.C.**
   **COUNTRY OF CITIZENSHIP** (YOU MUST BE A UNITED STATES CITIZEN OR HAVE LAWFUL PERMANENT RESIDENCE. NON-CITIZEN APPLICANTS MUST PROVIDE A VALID INS-ISSUED ALIEN REGISTRATION NUMBER.)
   ☒ UNITED STATES
   ☐ OTHER: _____   ALIEN REGISTRATION NUMBER: _____

7. **TELEPHONE NUMBER**
   HOME: **N/A**
   OTHER: **(240) 602-2877**

8. **CHECK YES OR NO FOR EACH OF THE FOLLOWING QUESTIONS**

A. 1. HAVE YOU EVER BEEN CONVICTED OF A FELONY OFFENSE? (INCLUDE FELONY CONVICTIONS OF DRIVING UNDER THE INFLUENCE AND/OR ANY OFFENSE FOR WHICH YOU WERE CONVICTED AS A JUVENILE, WHICH WOULD HAVE BEEN A FELONY IF COMMITTED BY AN ADULT. IF YES, COMPLETE FORM 1 PART B PAGE 2. FAILURE TO ACKNOWLEDGE A CONVICTION MAY BE CONSTRUED AS MAKING A MATERIALLY FALSE STATEMENT. ☐ YES ☒ NO

2. HAVE YOU BEEN CONVICTED OF A MISDEMEANOR OFFENSE WITHIN THE FIVE-YEAR PERIOD IMMEDIATELY PRECEDING THIS APPLICATION? (INCLUDE MISDEMEANOR CONVICTIONS OF DRIVING UNDER THE INFLUENCE. DO NOT INCLUDE TRAFFIC INFRACTIONS OR THOSE MISDEMEANORS SET FORTH IN TITLE 46.2 CODE OF VIRGINIA.) IF YES, COMPLETE FORM 1 PART B PAGE 2. FAILURE TO ACKNOWLEDGE A CONVICTION MAY BE CONSTRUED AS MAKING A MATERIALLY FALSE STATEMENT. ☐ YES ☒ NO

B. HAVE YOU BEEN COMMITTED TO THE CUSTODY OF THE COMMISSIONER OF BEHAVIORAL HEALTH AND DEVELOPMENTAL SERVICES? IF YES, COMPLETE FORM 2 PART A PAGE 2 (SEE NOTICE 4 PAGE 3) ☐ YES ☒ NO

C. HAVE YOU BEEN ACQUITTED BY REASON OF INSANITY, ADJUDICATED LEGALLY INCOMPETENT, MENTALLY INCAPACITATED OR ADJUDICATED AN INCAPACITATED PERSON BY A COURT OF VIRGINIA OR ANY OTHER COURT? IF YES, COMPLETE FORM 2 PART B PAGE 2. (SEE NOTICE 4 PAGE 3) ☐ YES ☒ NO

D. HAVE YOU BEEN INVOLUNTARILY ADMITTED TO A FACILITY OR ORDERED TO MANDATORY OUTPATIENT TREATMENT, OR WERE YOU THE SUBJECT OF A TEMPORARY DETENTION ORDER PURSUANT TO VA. CODE § 37.2-809 WHO LATER AGREED TO VOLUNTARY ADMISSION UNDER VA. CODE § 37.2-805? IF YES, COMPLETE FORM 2 PAGE 2 AS INDICATED BELOW. (SEE NOTICE 4 PAGE 3)
   1. COMPLETE PART C OF FORM 2 PAGE 2 IF INVOLUNTARILY ADMITTED
   2. COMPLETE PART D OF FORM 2 PAGE 2 IF ORDERED TO MANDATORY OUTPATIENT TREATMENT
   3. COMPLETE PART E OF FORM 2 PAGE 2 IF VOLUNTARILY ADMITTED SUBSEQUENT TO A TEMPORARY DETENTION ORDER
   ☐ YES ☒ NO

E. HAVE YOU RECEIVED MENTAL HEALTH TREATMENT OR SUBSTANCE ABUSE TREATMENT IN A RESIDENTIAL SETTING WITHIN THE FIVE YEARS PRIOR TO THE DATE OF THIS APPLICATION? ☐ YES ☒ NO

F. ARE YOU THE SUBJECT OF, OR NAMED AS A RESPONDENT IN A RESTRAINING ORDER OR A PROTECTIVE ORDER? AN ACTIVE RESTRAINING OR PROTECTIVE ORDER MAY BE AN AUTOMATIC DISQUALIFIER IN VIRGINIA. SEE VA. CODE § 18.2-308.1:4. ☐ YES ☒ NO

G. ARE YOU ADDICTED TO, OR AN UNLAWFUL USER OR DISTRIBUTOR OF MARIJUANA OR ANY CONTROLLED SUBSTANCE? ☐ YES ☒ NO

H. ARE YOU AN ALIEN NOT LAWFULLY ADMITTED FOR PERMANENT RESIDENCE IN THE UNITED STATES? ☐ YES ☒ NO

I. HAVE YOU BEEN DISCHARGED FROM THE ARMED FORCES OF THE UNITED STATES UNDER DISHONORABLE CONDITIONS? ☐ YES ☒ NO

J. ARE YOU A FUGITIVE FROM JUSTICE? ☐ YES ☒ NO

K. DO YOU HAVE ANY CRIMINAL CHARGE PENDING? IF YES, COMPLETE FORM 1 PART A PAGE 2. FAILURE TO ACKNOWLEDGE A PENDING CHARGE MAY BE CONSTRUED AS MAKING A MATERIALLY FALSE STATEMENT. ☐ YES ☒ NO

L. HAVE YOU, WITHIN THE THREE-YEAR PERIOD IMMEDIATELY PRECEDING THE DATE OF THIS APPLICATION, EITHER 1) BEEN FOUND GUILTY OF ANY DRUG-RELATED CRIMINAL OFFENSE AS SET FORTH IN ARTICLE 1 (§ 18.2-247 ET SEQ.) OF CHAPTER 7 OF TITLE 18.2 OR OF A CRIMINAL OFFENSE FOR THE ILLEGAL POSSESSION OR DISTRIBUTION OF MARIJUANA OR ANY CONTROLLED SUBSTANCE UNDER THE LAWS OF VIRGINIA, ANY OTHER STATE, THE DISTRICT OF COLUMBIA, OR THE UNITED STATES OR ITS TERRITORIES; OR 2) BEEN CHARGED WITH ANY OFFENSE ENUMERATED IN THIS PARAGRAPH AND THE TRIAL COURT FOUND THE FACTS OF THE CASE WERE SUFFICIENT FOR A FINDING OF GUILT AND DISPOSED OF THE CASE PURSUANT TO § 18.2-251 OR SUBSTANTIALLY SIMILAR LAW OF VIRGINIA, ANY OTHER STATE, THE DISTRICT OF COLUMBIA, OR THE UNITED STATES OR ITS TERRITORIES? IF YES, COMPLETE FORM 1 PART A OR B PAGE 2. ☐ YES ☒ NO

M. DO YOU CURRENTLY HAVE A VALID RESIDENT CONCEALED HANDGUN PERMIT ISSUED BY A VIRGINIA CIRCUIT COURT? IF YES, NAME OF THE CIRCUIT COURT WHICH ISSUED THE PERMIT: _____   EXPIRATION DATE: _____ ☐ YES ☒ NO

9. ATTACH A PHOTOCOPY OF THE DOCUMENTATION THAT DEMONSTRATES YOUR COMPETENCE WITH A HANDGUN (INITIAL PERMITS ONLY).

---

*I, THE UNDERSIGNED, AFFIRM THAT THE INFORMATION CONTAINED IN THIS APPLICATION AND IN ANY ATTACHMENTS TO THIS DOCUMENT IS BOTH CORRECT AND COMPLETE TO THE BEST OF MY KNOWLEDGE. THE WILLFUL MAKING OF A FALSE STATEMENT IN THIS APPLICATION CONSTITUTES PERJURY AND IS PUNISHABLE IN ACCORDANCE WITH §18.2-434 OF THE CODE OF VIRGINIA. I ALSO AFFIRM AND UNDERSTAND THAT THE ISSUANCE OF A CONCEALED HANDGUN PERMIT DOES NOT NECESSARILY ENTITLE ME, THE UNDERSIGNED, TO POSSESS, TRANSPORT OR SELL A FIREARM UNDER STATE OR FEDERAL LAW.*

Signature of Applicant: *[signed] Wayne M P*

Date: **3/22/18**

RECEIVED
MAR 26 2018
20180903[?]
STAFFORD COUNTY SHERIFF'S OFFICE

# EXHIBIT 2

# Parker Wayne

| | |
|---|---|
| **From:** | GSA Online Scheduling System <noreply@ttmail.timetrade.com> |
| **Sent:** | Wednesday, April 18, 2018 6:18 AM |
| **To:** | Parker Wayne |
| **Subject:** | BEP EMPLOYEES AND CONTRACTORS ONLY ROOM# D511M Appointment Confirmation |
| **Attachments:** | Add  Enrollment - Take photo and fingerprints, present ID documents.ics |

The following appointment has been made.

Location/Site: BEP EMPLOYEES AND CONTRACTORS ONLY ROOM# D511M

Address: 301 14TH ST SW, WASHINGTON, DC 20228-2372

Activity: Enrollment - Take photo and fingerprints, present ID documents

Workstation: LCS Workstation

Date: Monday, April 30, 2018 - 8:00AM EDT

Duration: 60

Confirmation: VV843711

**Directions**
Directions to this facility are available at http://www.fedidcard.gov.

**What To Bring To Your Appointment**
When going to your appointment, please bring two forms of identification. Two forms are required to validate your identity, one of which must be a Government-issued photo ID. If you have a PIV Credential and are picking up a new or replacement card, bring your old PIV credential with you to the appointment.

To review a complete list of acceptable forms of identity, please visit http://www.fedidcard.gov.

**NOTE:** If you received a USAccess - Credential Ready for Pick Up email that contains a one-time activation password, please bring that with you to your appointment. It will allow you to activate your card without an operator. If you received a USAccess - Credential Ready for Pick Up email that did not contain a one-time activation password, or if you did not receive a USAccess - Credential Ready for Pick Up email, activating your card will require an Activator's assistance.

**Need to Reschedule?**
You must reschedule your appointment at least 24 hours prior to your original appointment.

Click here to reschedule or cancel your appointment.

# EXHIBIT 3

DATA REQUIRED BY THE PRIVACY ACT OF 1974 (5 USC 552a)

AUTHORITY: Section 301, title 5, United States Code and section 3013, title 10, United States Code.
PURPOSE: To be used by the commander exercising general courts-martial jurisdiction over you to determine approval or disapproval of your request.
ROUTINE USES: Request, with appropriate documentation including the decision of the discharge authority, will be filed in the MPRJ as permanent material and disposed of in accordance with AR 640-10, and may be used by other appropriate federal agencies and state and local governmental activities where use of the information is compatible with the purpose for which the information was collected. Submission of a request for discharge is voluntary. Failure to provide all or portion of the requested information may result in your request being disapproved.

DEPARTMENT OF THE ARMY
U.S. ARMY ARMOR CENTER AND FORT KNOX
FORT KNOX, KENTUCKY 40121

ATZK-JAT                                                                                                16 April 2004

MEMORANDUM FOR COMMANDER, U.S. ARMY ARMOR CENTER AND FORT KNOX, FORT KNOX, KENTUCKY 40121

SUBJECT: Discharge in Lieu of Trial by Courts-Martial

1. I, Sergeant Wayne M. Parker, ███████ hereby voluntarily request discharge in lieu of trial by courts-martial under AR 635-200, Chapter 10. I understand that I may request discharge in lieu of trial by courts-martial because of the following charges which have been preferred against me under the Uniform Code of Military Justice, one of which authorizes the imposition of a bad conduct or dishonorable discharge:

Violation of Articles 125 and 134 (2 Specifications), UCMJ.

2. I am making this request of my own free will and have not been subjected to any coercion whatsoever by any person. I have been advised of the implications that are attached to it. By submitting this request for discharge, I acknowledge that I understand the elements of the offenses charged and am guilty of some or all of the charges against me or of lesser included offenses therein contained which also authorize the imposition of a bad conduct or dishonorable discharge. Moreover, I hereby state that under no circumstances do I desire further rehabilitation, for I have no desire to perform further military service.

3. Prior to completing this form, I have been afforded the opportunity to consult with appointed counsel for consultation. I have consulted with counsel for consultation who has fully advised me of the nature of my rights under the Uniform Code of Military Justice, the elements of the offenses with which I am charged, including any relevant lesser included offenses thereto, and the facts that must be established by competent evidence beyond a reasonable doubt to sustain a finding of guilty; the possible defenses which appear to be available at this time; and the maximum permissible punishment if I am found guilty. Although I have been furnished legal advice, this decision is my own.

4. I understand that, if my request for discharge is accepted, I may be discharged under conditions which are other than honorable and furnished an Other Than Honorable Discharge certificate. I have been advised and understand the possible effects of an Other Than Honorable Discharge and that as a result of the issuance of such discharge, I will be deprived of many or all Army benefits, that I may be ineligible for many or all benefits administered by the Veteran's Administration, and that I may be deprived of my rights and benefits as a veteran under both Federal and State law. I understand that I will be automatically reduced to the grade of Private (E-1) upon the approval of an Other Than Honorable Discharge. I also understand that I may expect to encounter substantial prejudice in civilian life because of an Under Other Than Honorable Discharge. I further understand that there is no automatic upgrading or automatic review of a less than honorable discharge by any Government agency or the Army Board for the Correction of Military Records. I understand that if I desire a review of my discharge, I must apply to either the Army Discharge Review Board or the Army Board for Correction of Military Records, and that the act of consideration by either board does not imply that my discharge will be upgraded.

5. I understand that, once my request for discharge is submitted, it may be withdrawn only with the consent of the commander exercising general courts-martial authority, or without that commander's consent, in the event that my trial on these charges result in acquittal or a sentence which does not include a punitive discharge even though such a discharge could have been adjudged by the court. Further, I understand that if I depart absent without leave, this request may be processed and I may be discharged even though absent without authority.

6. I have been advised that I may submit any statements I desire in my own behalf, which will accompany this request for discharge and be considered by the discharge authority. Statements in my own behalf are (not) submitted with this request.

7. I hereby acknowledge receipt of a copy of this request for discharge and all enclosures submitted herewith.

_____  20APR 04
WAYNE M. PARKER, SGT, ▓▓▓▓▓

Having been advised by me of the basis for his contemplated trial by courts-martial and the maximum permissible punishment authorized under the Uniform Code of Military Justice; of the possible effects of a discharge under other than honorable conditions if this request is approved; and of the procedures and rights available to him, Sergeant Wayne M. Parker personally made the choices indicated in the foregoing request for discharge in lieu of trial by courts-martial.

_____
FOR W. TODD KUCHENTHAL, CPT, JA

2